## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Tempco Electric Heater Corporation, Plaintiff

v.

J.L. Becker Co., Inc., d/b/a J.L. Becker Company, Defendant

**08CV2870
JUDGE SHADUR
MAG. JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tempco Electric Heater Corporation, Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Joseph E. Gumina | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Joseph E. Gumina | MAY 16 2008<br>FILED<br>MAY 16 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| FIRM<br>Whyte Hirschboeck Dudek, S.C. | |
| STREET ADDRESS<br>555 East Wells Street, Suite 1900 | |
| CITY/STATE/ZIP<br>Milwaukee/Wisconsin/53202 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6238512 | TELEPHONE NUMBER<br>(414) 978-5310 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |