U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Tempco Electric Heater Corporation, Plaintiff

v.

J.L. Becker Co., Inc., d/b/a J.L. Becker Company, Defendant

08CV2870
JUDGE SHADUR
MAG. JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tempco Electric Heater Corporation, Plaintiff

| NAME (Type or print) |
| --- |
| Ann M. Maher |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Ann M. Maher |

MAY 16 2008

FILED
MAY 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| FIRM |
| --- |
| Whyte Hirschboeck Dudek, S.C. |

| STREET ADDRESS |
| --- |
| 555 East Wells Street, Suite 1900 |

| CITY/STATE/ZIP |
| --- |
| Milwaukee/Wisconsin/53202 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| | (414) 978-5310 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐