

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEMPCO ELECTRIC HEATER CORPORATION, an Illinois Corporation<br><br>PLAINTIFF,<br><br>v.<br><br>J.L. BECKER CO., INC., d/b/a J.L. BECKER COMPANY a Michigan Corporation<br><br>DEFENDANT. | 08CV2870<br>JUDGE SHADUR<br>MAG. JUDGE KEYS |

**PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE LR 3.2**

Plaintiff, Tempco Electric Heater Corporation, pursuant to Local Rule LR 3.2, discloses to this Court, by and through its attorneys, Whyte Hirschboeck Dudek S.C., by Joseph E. Gumina, that Tempco Electric Heater Corporation has no publicly held affiliates.

Dated this 16th day of May, 2008.

TEMPCO ELECTRIC HEATER CORPORATION

By: _____
Joseph E. Gumina
One of its Attorneys

Ann M. Maher
Joseph E. Gumina (ARDC# 6238512)
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
(414) 978-5326 (Telephone)
(414) 223-5000 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

FILED

MAY 16 2008
MAY 16 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WHD\5835418.1