AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TEMPCO ELECTRIC HEATER CORPORATION

v.

J.L. BECKER CO., INC.
d/b/a J.L. BECKER COMPANY

**08CV2870
JUDGE SHADUR
MAG. JUDGE KEYS**

TO: (Name and address of Defendant)

J.L. BECKER CO., INC. d/b/a J.L. BECKER COMPANY
41150 Joy Road
Plymouth, MI 48170

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

URI ISUFI
(By) DEPUTY CLERK

MAY 1 6 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5-27-2008 |
| NAME OF SERVER (PRINT) THOMAS GLENFIELD | TITLE COURT OFFICER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate - Served John Becker as Owner

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-28-2008          *Thomas Glenfield*
                  Date                    Signature of Server

4656 DESERT BRIDGE CT
HIGHLAND, MI 48356
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.