IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEMPCO ELECTRIC HEATER CORPORATION, an Illinois Corporation<br><br>PLAINTIFF,<br><br>v.<br><br>J.L. BECKER CO., INC., d/b/a J.L. BECKER COMPANY a Michigan Corporation<br><br>DEFENDANT. | Case No.: 08-CV-2870 |

## AFFIDAVIT OF SERVICE

Received by TS Glenfield & Associates to be served on J.L. Becker Co., Inc. d/b/a J.L. Becker Co., 41150 Joy Road, Plymouth, MI 48170.

I, Thomas Glenfield/Court Officer 19th DI, being duly sworn, depose and say that on the 27th day of May, 2008 at 11:30 a.m., I;

Served by delivering a true copy of the Summons, Complaint, and Order (May 23, 2008) with the date and hour of service endorsed thereon by me, to: John Becker, as Owner of and Registered Agent for J.L. Becker Co., Inc. d/b/a J.L. Becker Co., at the address of 41150 Joy Farm Road, Plymouth, MI 48170, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served.

Subscribed and sworn to before me this ____ day of June, 2008.

_____
Notary Public, State of Michigan
My commission expires 7-8-2012

Germaine Rutkowski
Notary Public,
State of Michigan,
County of Oakland
My commission expires 7/8/2012
Acting in the County of _____

Thomas Glenfield/Court Officer 19th DI
Certified Process Server
TS Glenfield & Associates
4656 Desert Bridge Court
Highland, MI 48356