## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Tempco Electric Heater Corporation
                              Plaintiff,

v.                                           Case No.: 1:08−cv−02870
                                             Honorable Milton I. Shadur

J.L. Becker Co., Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

   MINUTE entry before the Honorable Milton I. Shadur:Motion for change of venue [14] is entered and continued. Plaintiff's response is due on or before July 25, 2008. Status hearing held on 7/10/2008. Status hearing set for 7/29/2008 at 08:45 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.