IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| TEMPCO ELECTRIC HEATER CORPORATION, an Illinois Corporation | ) ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| v. | ) ) ) | Case No.:  08 CV 2870 |
|  | ) | Judge: Milton I. Shadur |
| J.L. BECKER CO., INC., d/b/a J.L. BECKER COMPANY a Michigan Corporation | ) ) ) ) | Mag. Judge: Keys |
| DEFENDANT. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, I electronically filed Plaintiff's Memorandum of Law In Response To Defendant's Motion For Change of Venue and the Declaration of Paul Wickland with the Clerk of the Court using the ECF system.

Dated this 25th day of July, 2008.         By:   s/Joseph E. Gumina
                                                  Joseph E. Gumina
Ann Maher                                         O'Neil, Cannon, Hollman, De Jong SC
Eric J. Meier                                     111 E Wisconsin Ave # 1400
WHYTE HIRSCHBOECK DUDEK S.C.                      Milwaukee, WI 53202-4807
555 East Wells Street, Suite 1900                 Phone: (414) 291-4715
Milwaukee, WI 53202
Phone: (414) 273-2100

Cara Houck, Esq., Local Counel
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
225 West Washington Street, Suite 2600
Chicago, IL 60606
Phone: (312) 460-4239

**ATTORNEYS FOR PLAINTIFF**

WHD\5943712.1