IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEMPCO ELECTRIC HEATER CORPORATION, an Illinois Corporation <br><br> PLAINTIFF, <br><br> v. <br><br> J.L. BECKER CO., INC., d/b/a J.L. BECKER COMPANY a Michigan Corporation <br><br> DEFENDANT. | Case No.: 08 CV 2870 <br><br> Judge: Milton I. Shadur <br><br> Mag. Judge: Keys |

**APPEARANCE OF CO-COUNSEL FOR PLAINTIFF,
TEMPCO ELECTRIC HEATER CORPORATION**

Please be advised that the undersigned attorney, Eric J. Meier, enters his appearance on behalf of Plaintiff, Tempco Electric Heater Corporation ("Tempco"), in the above-captioned action, as one of its co-attorneys, and requests that copies of all pleadings, orders and other documents be served upon the undersigned for Tempco in lieu of service upon the Party. This Notice is in addition to, not in lieu of the prior Notices of Appearance already on file for Tempco.

Dated this 5th day of August, 2008.

**TEMPCO ELECTRIC HEATER CORPORATION**

Eric J. Meier
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202              By:   s/Eric J. Meier
(414) 978-5413                          Eric J. Meier
E-Mail: emeier@whdlaw.com

**ATTORNEY FOR PLAINTIFF**

WHD\5953451.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| TEMPCO ELECTRIC HEATER CORPORATION, <br>  an Illinois Corporation <br><br>            PLAINTIFF, <br><br>      v. <br><br>J.L. BECKER CO., INC., <br>d/b/a J.L. BECKER COMPANY <br>  a Michigan Corporation <br><br>            DEFENDANT. | Case No.:  08 CV 2870 <br>Judge: Milton I. Shadur <br><br>Mag. Judge: Keys |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2008, I electronically filed **APPEARANCE OF CO-COUNSEL FOR PLAINTIFF, TEMPCO ELECTRIC HEATER CORPORATION** with the Clerk of the Court using the ECF system.

Dated this 5th day of August, 2008.      By:   s/Eric J. Meier
                                                                Eric J. Meier
Joseph E. Gumina                                E-Mail: emeier@whdlaw.com
O'Neil, Cannon, Hollman, De Jong SC
111 E Wisconsin Ave # 1400
Milwaukee, WI 53202-4807
Phone: (414) 291-4715

Ann Maher
Eric J. Meier
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI  53202
Phone: (414) 273-2100

Cara Houck, Esq., Local Counel
Miller, Canfield, Paddock And Stone, P.L.C.
225 West Washington Street, Suite 2600
Chicago, IL 60606
Phone: (312) 460-4239

**ATTORNEYS FOR PLAINTIFF**

WHD\5955500.1